UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>       v.                           )<br>                                    )<br>                                    )<br>RUBEN PATINO, JR.,                  )<br>                                    )<br>             Defendant.             )| NO. CR-07-66-JLQ<br><br>ORDER REGARDING DISCOVERY<br>AND PRETRIAL MOTIONS |

**OPEN FILE DISCOVERY**

In voluntary discovery cases, the United States, within 3 business days of the date of arraignment, shall deliver to the defendant all investigative material in its file required by the Federal Rules of Criminal Procedure, specifically including, but not limited to, police and incident reports and defendant's prior criminal record. The United States shall thereafter continue to furnish discovery as it is received and shall complete furnishing all discovery within  10  days of the date of this order. These directives assume a defense request for discovery pursuant to Fed. R. Crim. P. 16, and imposes a reciprocal duty to provide discovery. If a defendant does not wish to invoke the rule, the defendant shall file a notice, prior to accepting discovery from the government.

**NOTICE OF NON-DISCOVERY**

If the United States, for any reason, is not going to voluntarily provide all investigative material, it will serve and

ORDER REGARDING DISCOVERY
AND PRETRIAL MOTIONS - 1

file a notice to that effect within five (5) days of this order. If discovery received after the date of this order is not going to be voluntarily furnished, notice to that effect shall be filed and served within five (5) days of the United States' receipt of such material.  Absent the filing of such notice, all discovery shall be promptly furnished consistent with the provisions of this order.

### DEFENSE MOTIONS

If the United States serves and files the five-day notice of non-disclosure, defendant shall file discovery motions within ten (10) days thereafter.  Except as earlier provided, and to prevent manifest injustice, defendant shall have thirty days from arraignment to file other motions.

### SCHEDULING MOTIONS

Responses to motions shall be filed and served no later than five (5) days, excluding weekends and holidays, from receipt of motions.  Replies, if any, shall be filed within five (5) days, excluding weekends and holidays, of receipt of responses. Motions shall be noted for hearing with or without oral argument, pursuant to local rules.  Unless shortened by the court, upon motion and good cause shown, oral argument should be noted for the time of the pretrial conference, provided this schedule permits all briefing to occur within the time frame set forth in LR 7, Local Rules for the Eastern District of Washington.

### NOTICE OF CONFLICT OF INTEREST

The representation by one lawyer, or by different members of one law firm, of two or more defendants charged under the same instrument or charged with factually related offenses will be permitted only on a showing that no conflict does, or will likely

exist, or on a knowing waiver, executed in open court before a federal district judge.

Counsel who desire to represent two or more defendants charged under the same instrument, or charged with factually related offenses, shall immediately file a motion to secure prior approval of such representation by the federal district judge to whom this case is assigned.

In addition, counsel shall promptly investigate whether other conflicts exist that may prevent representation and bring any potential conflicts to the attention of the court as soon as possible.

**IT IS SO ORDERED.**

Dated this 12th day of April, 2007.

                                           s/Michael W. Leavitt
                                           MICHAEL W. LEAVITT
                                   UNITED STATES MAGISTRATE JUDGE

ORDER REGARDING DISCOVERY
AND PRETRIAL MOTIONS - 3