UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUBEN PATINO, JR., a/k/a Juan Jimenez,<br><br>　　　　　Defendant. | No. CR-07-066-JLQ<br><br>ORDER FINDING PRESENT COMPLIANCE AND GRANTING ORAL MOTION TO MODIFY |

At the August 21, 2007, hearing based upon a Petition for Action on Conditions of Pretrial Release, Defendant appeared with counsel Gerald Smith; Assistant U.S. Attorney Aine Ahmed represented the United States. Following colloquy with counsel and Defendant and upon recommendation of the Pretrial Services Officer, the court finds the Defendant now is in compliance with the conditions of release.

For good cause shown, the court treats the Petition as having been withdrawn and makes no findings with respect to alleged violations of conditions of release.

The Defendant's oral Motion to modify conditions of release **(Ct. Rec. 56)** is **GRANTED.** Defendant's conditions are **MODIFIED** as follows:

Defendant shall be subject to a curfew of 6:00 p.m. to 5:30

ORDER FINDING PRESENT COMPLIANCE AND
GRANTING ORAL MOTION TO MODIFY - 1

1  a.m., to permit lawful employment during the day.
2  **IT IS SO ORDERED.**
3  DATED August 22, 2007.

5              S/ CYNTHIA IMBROGNO
         UNITED STATES MAGISTRATE JUDGE

ORDER FINDING PRESENT COMPLIANCE AND
GRANTING ORAL MOTION TO MODIFY - 2