Case 2:07-cr-00066-JLQ   Document 97   Filed 10/03/13

PROB 12C
(7/93)

Report Date: October 1, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Patino                Case Number: 0980 2:07CR00066-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 6, 2007

Original Offense:    Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846

Original Sentence:   Prison 68 months;                Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: Aine Ahmed               Date Supervision Commenced: July 27, 2012

Defense Attorney:    Gerald Smith             Date Supervision Expires: July 26, 2017

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Ruben Patino admitted, in writing, that he used methamphetamine on September 7, 2013. He also admitted, verbally, that he had used methamphetamine a total of three times. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Ruben Patino was instructed to report to the U.S. Probation Office on September 30, 2013, at 0900, after he had missed two drug tests. Mr. Patino failed to report as instructed. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

Prob12C
Re: Patino, Ruben
October 1, 2013
Page 2

**Supporting Evidence**: On September 24, 2013, this officer received information that Ruben Patino moved from his listed address without providing that information to this officer. As of September 30, 2013, Mr. Patino has not provided a current address.

4   **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On September 10, 2013, Ruben Patino was instructed to report to the contract substance abuse treatment provider for an evaluation. On September 25, 2013, Mr. Patino left a voice message stating he would report for an evaluation on October 4, 2013. Contact with the treatment provider on September 30, 2013, revealed that Mr. Patino does not have an appointment on October 4, 2013.

5   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ruben Patino failed to report for urine drug testing on September 13, 2013, and September 24, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/1/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/3/2013
Date