PROB 12C
(7/93)

Report Date: November 19, 2013

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Patino         Case Number: 0980 2:07CR00066-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 6, 2007

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846 |
| Original Sentence: | Prison 68 months; TSR - 60 months          Type of Supervision: Probation |
| Asst. U.S. Attorney: | Aine Ahmed          Date Supervision Commenced: July 27, 2013 |
| Defense Attorney: | Gerald Smith          Date Supervision Expires: July 26, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/1/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On November 18, 2013, Ruben Patino, Jr. was arrested by officers of the U.S. Marshals Service. During a search by staff at the Benton County Jail, a small amount of methamphetamine was found in the defendant's pocket. The case is being referred to Benton County for new criminal charges. |
| 7 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: During question subsequent to his arrest on the Supervised Release violation warrant on November 18, 2013, Ruben Patino, Jr. admitted to having used methamphetamine earlier that same day. |

Prob12C
Re: Patino, Ruben
November 19, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/19/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

11/19/2013
Date