PROB 12C
(7/93)

Report Date: August 14, 2014

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 18, 2014**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Patino                    Case Number: 0980 2:07CR00066-JLQ-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Othello, Washington 99344

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 6, 2007

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846 |
| Original Sentence: | Prison 68 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: February 16, 2014 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: November 15, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: Ruben Patino, Jr. has failed to submit a report to the probation office for the months of June, July, and August 2014. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On July 29, 2014, contact was made at Mr. Patino's residence and a card was provided to the defendant's sister with an appointment set for July 31, 2014. The defendant's sister stated she would give the card to the defendant. Mr. Patino did not appear. On August 8, 2014, a letter was sent to Mr. Patino's residence via U.S. Mail directing the defendant to report to the U.S. Probation Office on August 13, 2014; again, Mr. Patino failed to appear. |
| 3 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, |

Prob12C
**Re: Patino, Ruben**
**August 13, 2014**
**Page 2**

including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: As of August 13, 2014, Ruben Patino, Jr. has failed to provide documentation of entrance into a substance abuse treatment program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/14/2014

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/18/2014
Date