PROB 12C
(7/93)

Report Date: April 13, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Patino                          Case Number: 0980 2:07CR00066-001

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 6, 2007

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846 | |
| Original Sentence: | Prison 68 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: January 15, 2015 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: December 14, 2016 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 1, 2015, Ruben Patino, Jr. submitted a false statement in violation of 18 U.S.C. 1001. Mr. Patino denied, in writing, the illegal use of methamphetamine. |
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On April 1, 2015, Ruben Patino, Jr. submitted a urine sample which tested positive for the use of methamphetamine and amphetamine. |
| 3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Patino, Ruben**
April 13, 2015
Page 2

**Supporting Evidence**: On April 6, 2015, Ruben Patino, Jr. failed to report for urine drug testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/13/2015

s/Curtis G. Hare

Curt Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

april 13, 2015
Date