PROB 12C
(7/93)

Report Date: May 19, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Patino   Case Number: 0980 2:07CR00066-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 6, 2007

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 846

Original Sentence: Prison 68 months; TSR - 60 months   Type of Supervision: Supervised Release

Asst. U.S. Attorney: Aine Ahmed   Date Supervision Commenced: January 15, 2015

Defense Attorney: Robert R. Fischer   Date Supervision Expires: December 14, 2016

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/13/2015

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On May 18, 2015, Ruben Patino, Jr. failed to report for urine drug testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Curtis G. Hare

05/19/2015

Curt Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/20/2015
Date